| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Alan W Forsley<br>FLP Law Group LLP<br>1875 Century Park East<br>Suite 2230<br>Los Angeles, CA 90067<br><br>310-284-7350<br><br><br><br><br><br><u>Plaintiff or Attorney for Plaintiff</u> | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES

| In re:<br><br>Iveta Khachikyan<br><br><br><br><u>Debtor(s).</u> | CASE NO.: 2:24-bk-10333-SK<br><br>CHAPTER: 7<br><br><br>ADVERSARY NUMBER: 2:24-ap-01160-SK |
|---|---|
| Sam S. Leslie<br><br>                                      Plaintiff(s)<br>             Versus<br><br>IMX Group Inc.<br>(See Attachment A for names of additional defendants)<br><u>Defendant(s)</u> | **ANOTHER<br>SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **07/29/2024.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:
  Date:          **August 21, 2024**
  Time:          **09:00 AM**
  Hearing Judge: **Sandra R. Klein**
  Location:      **255 E Temple St., Crtrm 1575, Los Angeles, CA 90012**

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Alias Summons and Notice of Status Conference in Adversary Proceeding: June 27, 2024

By: "s/" Thais D. May

Deputy Clerk



---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 2    F 7004-1.SUMMONS.ADV.PROC

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Sam S. Leslie | IMX Group Inc.<br>Naira Khachikyan<br>Narine Aghajanian |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**ATTACHMENT A**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FLP LAW GROUP LLP 1875 Century Park East, Suite 2230, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*):

1. **COMPLAINT FOR: (1) AVOIDABLE TRANSFERS 11 U.S.C. §§ 544(B) & 550 AND CC §§3439.04(A)(1); (2) VOIDABLE TRANSFERS 11 U.S.C. §§ 544(b) & 550 AND CC § 3439.04(a)(2); (3) VOIDABLE TRANSFERS 11 U.S.C. §§ 544(b) & 550 AND CC § 3439.05; (4) RECOVERY OF PROPERTY 11 U.S.C. §§ 550(b) & 550; (5) PRESERVATION OF PROPERTY 11 U.S.C. § 550; AND (6) DISALLOWANCE OF CLAIM 11 U.S.C. § 502;**

2. **ANOTHER SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING; AND**

3. **INSTRUCTIONS REGARDING EARLY MEETING OF COUNSEL, JOINT STATUS REPORT AND STATUS CONFERENCE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*), I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL**:
On (*date*) **June 28, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 28, 2024 | ADELAIDA HERNANDEZ | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                   F 9013-3.1.PROOF.SERVICE

*Additional Service List*
*Via U.S. Mail*

**Defendants:**

IMX Group, Inc.
Agent: Henrick Aghajanian
811 N. Victory Blvd.,
Burbank, CA 91502

Naira Khachikyan
1130 Campbell St, # 104
Glendale, CA 91207

Narine Aghajanian
825 N. Victory Blvd.
Burbank, CA 91502

Narine Aghajanian
1861 Calle Suenos
Glendale, CA 91208

Narine Aghajanian
694 Wendover Rd.
La Canada Flintridge, CA 91011

Narine Aghajanian
318 N. Adams St., #203
Glendale, CA 91206

Narine Aghajanian
10559 Lost Trail Ave.
Sunland, CA 91040

Narine Aghajanian
417 East Loraine Street
Glendale, CA 91207

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.